## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:                                         Chapter 13 No. 05-65341

James Ollie Collier

                 Debtor.                    Hon. Thomas J. Tucker

_____/

## OBJECTION TO TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS

       NOW COMES Creditor, Chase Home Finance LLC, by and through their attorneys, Trott & Trott, P.C., and hereby responds as follows:

1. Creditor holds a mortgage on real property owned by the Debtor and located at 225 Court St, Mount Clemens, MI 48043-5822.

2. That the Chapter 13 Trustee filed a Notice of Completion of Plan Payments on 5/19/10.

3. That Creditor hereby objects to the Trustee's notice pursuant to E.D. Mich. LBR 2015-5(a)(4) as there remains a balance for post-petition property tax and hazard insurance advances in the amount of $13,139.72, made on behalf of and for the benefit of the Debtor on this non-escrowed loan that Creditor asserts is non-dischargeable and should not be subject to the proposed terms of the order of discharge.

4. That pursuant to 11 U.S.C. § 1328(a)(1), this mortgage debt survives the bankruptcy and the above referenced default should remain recoverable from the Debtor post-discharge.

5. That the discharge order pursuant to E.D. Mich. LBR 2015-5(a)(2)(b) will include a finding that "with respect to secured claims which continue beyond the term of the plan, any pre-petition or post-petition defaults have been cured and such claims are in all respects current, with no escrow balance, late charges, costs or attorney fees owing."

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN
HIGHWAY, SUITE 200
FARMINGTON HILLS, MI
48334-2525
PHONE 248.642.2515
FACSIMILE 248.642.3628

6. That pursuant to this response, Creditor seeks to have discharge order modified to strike any language that would indicate that this loan is current in the above-mentioned respect.

WHEREFORE, Creditor requests that this Honorable Court strike any language from the Discharge Order that would indicate that this Creditor is current or has been cured and order any other relief this Court deems just and equitable.

Respectfully Submitted,
Trott & Trott, P.C.

Dated: June 23, 2010

/S/ Kim Morden Rattet (P62616)
/S/ Marcy J. Ford (P49158)
/S/ D. Lisa Evans (P69639)
Attorney for Chase Home Finance LLC
31440 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-2525
248.642.2515
Email: EasternECF@trottlaw.com

T&T #255067B01

Trott & Trott, P.C.
31440 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-2525
Phone 248.642.2515
Facsimile 248.642.3628