UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

James O. Collier

    Debtor(s)

_____/

CHAPTER 13

CASE NO. 05-65341-TJT

JUDGE THOMAS J. TUCKER

## MOTION TO DISALLOW OBJECTION TO TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS FILED BY CHASE HOME FINANCE AND REQUEST FOR AND ATTORNEY FEES

**NOW COME(S)** Debtor(s), James O. Collier, by and through Carr & Associates, and pursuant to ED Mich LBR 9014-1 and in support of the Motion to Disallow Objection to Trustee's Notice of Completion of Plan Payments state(s) as follows:

1. Debtor(s) filed the Chapter 13 case on August 10, 2005 and was confirmed on January 19, 2006 as a 36 month Plan and later modified to run 52 months.

2. Debtor's plan expired on April 19, 2010 after paying 100% to creditors.

3. The Trustee filed the Trustee's Notice of Completion of Plan Payments on May 15, 2010.

4. Pursuant to LBR 2015-5(a)(5), the deadline to file an objection is 28 days after service of the notice. The deadline to file an objection in this instance expired on June 16, 2010.

5. That creditor Chase Home Finance failed to file a response prior to the expiration of the deadline to respond.

6. That on June 4, 2010, creditor Chase Home Finance filed a Notice of Payment Change which increased the monthly payment. Creditor indicated the reason for the change as "ARM".

7. Debtor contends that Chase Home Finance had attempted to disguise an alleged shortage/arrearage amount as a typical payment change and avoid having to file an Objection to the Trustee's Notice of Completion of Plan Payments.

8. That on June 18, 2010 Debtor filed an Objection to the Notice of Payment Change filed by Creditor Chase Home Mortgage and Request for Attorney Fees. (Exhibit 5)

9. Debtor contends that creditor chose to remedy an alleged "shortage" by disguising a Notice of Payment Change instead of objecting to the Notice of Completion of Plan payments.

10. Debtor further contends that the Objection to Trustee's Notice of Completion of Plan Payments is an attempt to manipulate this Court by completely disregarding deadlines, rules and procedure.

11. Debtor is entitled to attorney fees for having to defend himself against the deceitful practices of the creditor.

12. A copy of the proposed Order is attached as Exhibit 1.

**WHEREFORE**, Debtor(s) request the Court to enter the Order attached as Exhibit 1, disallowing the Objection to Trustee's Notice of Completion of Plan Payments, granting attorney fees, sanctions and to grant such other relief as may be appropriate and just.

Dated: 23 June 2010

                                                                        */s/ Kevin F. Carr*
                                                                        Kevin F. Carr (P-31932)
                                                                        Attorney for Debtor(s)

Prepared by:
CARR & ASSOCIATES
Kevin F. Carr (P-31932)
18 First Street
Mt. Clemens, Michigan 48043
(586) 465-0914
fax: (586) 465-0916
carrsecretary@aol.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

James O. Collier

    Debtor(s)
_____/

CHAPTER 13

CASE NO. 05-65341-TJT

JUDGE THOMAS J. TUCKER

### ORDER TO DISALLOW OBJECTION TO TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS BY CHASE HOME FINANCE

Debtor, by and through Carr & Associates, submitted a Motion to Disallow Objection to Trustee's Notice of Completion of Plan Payments by Chase Home Finance. Notice was served pursuant to the Local Bankruptcy Rules. The Court having reviewed the Motion, and no objections having been filed, finds good cause to grant the relief requested and enters this Order.

**IT IS HEREBY ORDERED** that the Objection to Trustee's Notice of Completion of Plan Payments.

**IT IS FURTHER ORDERED** that Chase Home Finance pay attorney fees.

EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

James O. Collier

Debtor(s)

_____/

CHAPTER 13

CASE NO. 05-65341-TJT

JUDGE THOMAS J. TUCKER

## NOTICE OF MOTION

Kevin F. Carr has filed papers with the court to Disallow Objection to Trustee's Notice of Completion of Plan Payments.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested, or if you want the Court to Consider your view on the motion, within 14 days, you or your attorney must:

1. File with the Court a written response or answer, explaining your position at:*

   United States Bankruptcy Court
   211 W. Fort Street, Ste. 2100
   Detroit, Michigan 48226

   If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

   You must also mail a copy to:

   Kevin F. Carr
   18 First Street
   Mt. Clemens, Michigan 48043

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

23 June 2010

                                               **/s/ Kevin F. Carr**
                                               Kevin F. Carr (P-31932)
                                               Attorney for Debtor(s)

*Response or answer must comply with F.R.Civ.P.8(b), (c) and (e)

EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

    James O. Collier

    Debtor(s)
_____/

CHAPTER 13

CASE NO. 05-65341-TJT

JUDGE THOMAS J. TUCKER

**BRIEF IN SUPPORT OF MOTION**

*This page intentionally left blank as it does not apply, pursuant to LBR 9014-1 (e)*

EXHIBIT 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

James O. Collier

Debtor(s)

_____/

CHAPTER 13

CASE NO. 05-65341-TJT

JUDGE THOMAS J. TUCKER

## PROOF OF SERVICE

The undersigned being sworn, deposes and says that on Thursday, June 24, 2010, a copy of the Motion to Disallow Objection to Trustee's Notice of Completion of Plan Payments was served in said case upon the following parties either electronically or by depositing said copies in the U.S. Mail, postage prepaid, properly addressed as follows:

- Mr. James O. Collier, 225 Court Street, Mt. Clemens, Michigan 48043

- Chase Home Finance, C/O Trott & Trott, 31440 Northwestern Hwy., Ste. 200, Farmington Hills, Michigan 48334

24 June 2010

/S/ CHERYL L. FOGG
CHERYL L. FOGG

Prepared by:
CARR & ASSOCIATES
Kevin F. Carr (P-31932)
Katherine E. Carr (P-73070)
18 First Street
Mt. Clemens, Michigan 48043
(586) 465-0914
fax: (586) 465-0916
carrsecretary@aol.com

EXHIBIT 4

*Terry*